UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELANIE T. JAHRSDOERFER-ROWE<br><br>   Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of the Social<br>Security Administration,**<br><br>   Defendant. | No.  CV 11-1476 AJW<br><br><br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and the case is **remanded** to the Commissioner for further administrative proceedings consistent with the memorandum of decision.

October 16, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge